**Order filed November 6, 2012**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-12-00924-CV

———————

### IN THE INTEREST OF C.D.F., a Child

---

**On Appeal from the 315th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-01584J**

---

## ORDER

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case"). The reporter's record was filed by October 24, 2012, by Cara Skinner.

Volume 1, the Master Index, is not the index for this record. No volume 3 was filed. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). Accordingly, we issue the following order.

We order Cara Skinner, the court reporter, to file the correct Volume 1 and Volume 3 of the record in this appeal **on or before November 16, 2012.** If Cara Skinner does not timely file Volume 1 and 3 of the record as ordered, we will issue an order

directing the trial court to conduct a hearing to determine the reason for the failure to file the record.


PER CURIAM